# EXHIBIT A

Person Filing: Robin Hohorst

Address (if not protected): 60 Ferndale Drive

City, State, Zip Code: Easton, CT 06612

Telephone: (203)372-8262. (203)258-2495

Email Address: Rlhdc@aol.com

Lawyer's Bar Number: _____

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

COPY

For Clerk's Use Only

AUG 10 2020

CLERK OF THE SUPERIOR COURT
V. GARCIA
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Robin Hohorst
Name of Plaintiff

Case Number: CV2020-009471

Title: **CIVIL COMPLAINT**

Costco Wholesale
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☐ The Plaintiff resides in Maricopa County.

    ☐ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

    _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CVC10f 070118

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☒ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR  Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is Robin Hohorst
60 Ferndale Drive Easton CT 06612

4. The Defendant in this case is Costco Wholesale

## STATEMENT OF FACTS AND BREACH

5. Plaintiff was in line exiting Costco Wholesale when unbeknownst to her , she
slipped on water leaking from Costco's Ice Coolers. Plaintiffs feet came out from

6. under her causing her Left shin to slam into the shopping cart creating a significant bruise
& swelling; excruciating pain. Her R leg slipped laterally and jammed heel to floor

7. causing a sudden twisting ,turning kinetic chain reaction thereby causing her right
leg to absorb the impact and total 140lbs body weight; while arching backwards

8. holding onto cart so as to not hit head on the floor & trying to catch herself.
Entire Right side was kinetically affected & damaged.

9. 4 witnesses were present, one being a Costco Employee Steve Davis from the
tire center.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

10. Being self employed, single parent and sole provider for my daughter one has to just keep working through while receiving conservative treatment, as invasive surgery is not an option.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(    ) Responsibility of Costco to maintain their premises free of any known danger -eras to their business patrons & general public

(    ) Premise Liability

(    ) Addendums to be made should they be necessary.

(    )

(    )

(    )

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(    ) L Shin permanent bone contusion, R Knee complete horizontal lateral meniscus tear with associated para meniscal cysts, extensor tendinopathy,

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CVC10f 070118

( ) Grade 3 Chondromalacia patella

( ) Patella Chondral Fissuring with edema in Hoffa's fat pad.

( ) Patelofemoral maltracking with associated plantar is & gastrocnemius strain.

( ) Iliotibial Band Syndrome

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( ) All current and future medical care and treatment for injuries sustained, which unfortunately will only continue to exacerbate symptomatologies, as plaintiff

( ) Works and continues to perform all of her daily physical and bodily functions which require undue stress on to the joints durning such as is used in driving as

( ) Well. I want to be made whole & compensated for pain & continued suffering.

( ) Court fees, filing fees and any other financial situations that I incurred due to Costco's negligent intrusion into my life. I e travel costs etc.

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this _____.
         *(Date of signature)*

_____
*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

**ML NUMBER** _____

**COSTCO WHOLESALE CORP.**                 **WAREHOUSE LOC. #** _____

## MEMBER FIRST REPORT OF INCIDENT TO BE FILLED OUT BY MEMBER ONLY
### (Do Not Complete on Behalf of Member)

1.  Name: _Robn H. Hurst_

    If Minor, Parent/Guardian: _____

2.  Date of Birth: _6|17|60_   Email Address: _RLHUC@AOl.com_

3.  Your address (Please include city and zip code): _101 Tefrickle Dr._
    _Easton CT   06612_

4.  Home Phone: (203) _372-8262_  Work Phone: (203) _373-0003_  Cell Phone: (203) _258-2495_

5.  Employer: _SEIF_        City: _Easton CT_

    Occupation / Job Title: _Chiropractor_

6.  Are you a Costco Member?  Yes __✓__   No _____   Membership # _111955261693_

    If you are a guest of Costco, please identify Costco member who accompanied you:

    Name: _____  Membership #: _____   Telephone No.: ( ) _____

7.  Incident date: _8|11|18_   Time incident occurred: _2:20_

8.  Description of Incident: _Slip in water hit right knee on floor_
    _left shin hit cart._

9.  Did anyone witness the incident: YES __✓__  No _____   IF YES, PLEASE GIVE:

    Name: _Steve Davis_      Address/Phone No.: _Employee._

    Name: _____      Address/Phone No.: _____

    Name: _____      Address/Phone No.: _____

10. Was a Costco employee involved in the incident? YES _____  NO _____   If Yes, Who? _____

    Employee Name: _____

11. Was anyone injured: YES __✓__  NO _____   If Yes, Who? _____

    Please describe (injury, illness, property damage): _____
    _Rt. Knee tender_
    _Lt. Shin bump._

12. Do you intend to seek medical treatment?  YES _____  NO _____   If yes, name of doctor or hospital: _____

    _____

    MEMBER SIGNATURE _[signature]_        DATE _8|11|18_   TIME _2:25_

    DISTRIBUTION:    White Copy:  RETAIN AT WAREHOUSE
                     Yellow Copy  REGIONAL MANAGER
                     Pink Copy    MEMBER (UPON REQUEST)

FORM# SF03  03/12                                         90272

**COSTCO WHOLESALE CORP.**                    WAREHOUSE LOC. # _____

**MEMBER FIRST REPORT OF INCIDENT TO BE FILLED OUT BY MEMBER ONLY**
(Do Not Complete on Behalf of Member)

1.  Name: _Rubin Holhost_
    If Minor, Parent/Guardian: _____
2.  Date of Birth: _6/19/66_   Email Address: _RLHolco@Tel.C..._
3.  Your address (Please include city and zip code): _Fountain HT 85612_

4.  Home Phone: (__) _272-1262_ Work Phone: (__) _35...0003_ Cell Phone: (__) _368-0495_
5.  Employer: _Self_   City: _Phoenix, AZ_
    Occupation / Job Title: _Chiropractor_
6.  Are you a Costco Member?  Yes _✓_   No _____   Membership # _111255261093_
    If you are a guest of Costco, please identify Costco member who accompanied you:
    Name: _____ Membership #: _____ Telephone No.: ( ) _____
7.  Incident date: _8/14/18_   Time incident occurred: _2:20_
8.  Description of Incident: _Slip in water and right knee on floor_
    _left shin hit cart._

9.  Did anyone witness the incident:  YES _✓_   No _____   IF YES, PLEASE GIVE:
    Name: _Steve Davis_   Address/Phone No.: _Employee_
    Name: _Carly Holhorst_   Address/Phone No.: _38012 N. 23rd Ave Phoenix AZ 814-4032_
    Name: _Megan Shaffer_   Address/Phone No.: _5901 W. Behrend DR. Glendale AZ_
10. Was a Costco employee involved in the incident?  YES _____   NO _____   If Yes, Who? _witnesse_
    Employee Name: _Costco Employee - Steve Davis was behind me entire Incide_
11. Was anyone injured:  YES _✓_   NO _____   If Yes, Who? _Robin Holhorst_
    Please describe (injury, illness, property damage): _____
    _Rt. Knee tender_
    _Lt. Shin bump._

12. Do you intend to seek medical treatment?  YES   NO   If yes, name of doctor or hospital:
    _____

    _____        _3/14/18_      _2:25_
    MEMBER SIGNATURE                        DATE           TIME

DISTRIBUTION:   White Copy:  RETAIN AT WAREHOUSE
                Yellow Copy  REGIONAL MANAGER
                Pink Copy    MEMBER (UPON REQUEST)

FORM# SF03  03/12                                                90272

 **Advanced Radiology**    Exhibit 2

Robin hohorst 🔍

 My      Patients     Profile     ❓ Help     Log out

🔙 **Robin Lynn Hohorst**
DOB: **1960-Jun-17 (60Y)**   Gender: **Female**   Patient ID: **895976**

See all patient exams (3)

View PDF...

## MR RIGHT KNEE WO-73721

| | |
|---|---|
| Priority | **Routine** |
| Accession Number | **1002129006** |
| Referring Physician | **Robin Hohorst** |
| Organization | **STMD1** |
| Status | **Final Report** |
| Study Date | **2020 Aug 01 13:15** |
| Radiologist | **Karol, Ian G.** |
| Location | **MR^^^STAMFORD MRI^^^^^STAMFORD MRI** |

---

| **Report** | Images |
|---|---|

 **Final Report**

CLINICAL DATA: Right knee pain status post previous trauma. Patient has right knee clicking as well.

TECHNIQUE: MR images of the right knee were obtained noncontrast following a standard musculoskeletal knee protocol.

COMPARISON: None

FINDINGS:

MR images show a borderline amount of joint fluid. No significant popliteal cyst.

Extensor mechanism is overall intact with regions of mild tendinosis/tendinopathy.

The medial meniscus has mild intrasubstance degeneration without a distinct tear.

The lateral meniscus has regions of degeneration and likely some diffuse horizontal tearing. Example is horizontal tearing of the junction of the posterior horn and body along the inferior articular surface on image 37 series 4. Likely some additional horizontal tearing of the anterior horn extending to the inferior articular surface on image 35 series 4. There are small anterior para meniscal cysts such as associated with the meniscal tearing, image 17 series 6.

The cruciate ligaments appear intact.

The collateral ligaments appear intact.

Osseous structures show mild degenerative arthritis. No distinct acute osseous abnormality. No stress fracture. No focal bone contusion as well appreciated..

The articular surfaces have some grade 3 chondromalacia patellae such as medially and extending superiorly. Laterally there are some patella chondral fissuring, image 21 series 7.

Edema in Hoffa's fat pad is nonspecific but can be associated with patellofemoral maltracking in the appropriate clinical setting.

There is some mild hazy muscle edema along the posterior upper calf such as along the plantaris musculature on image 30 series 10 and some mild edema along portions of the gastrocnemius musculature. Findings could be related to mild musculature strains.

Deep to the medial head of the gastrocnemius there are some lobulated tracking tubular T2 hyperintensities such as a region measuring up to 5.5 cm in length by 0.8 cm AP by 2.9 cm transversely, image 12 series 7 and image 22 series 3. Differential considerations would include ganglion cysts, although, the findings are nonspecific.

CONCLUSION:

Mild degenerative arthritis right knee without an acute osseous abnormality.

Suspect degeneration and diffuse nondisplaced tearing extending horizontally throughout the lateral meniscus as noted above. Associated small anterior para meniscal cysts.

Edema in Hoffa's fat-pad is nonspecific but could be associated with patellar maltracking.

Grade 3 chondromalacia patellae including medially and superiorly.

Upper calf posterior musculature has some scattered regions of patchy muscle edema including along the plantaris which differential considerations would include mild calf musculature strains.

Elongated tracking region of lobulated T2 hyperintensities measuring up to 5.5 cm deep to the medial head gastrocnemius. Nonspecific finding but differential considerations would include some tracking ganglion cystic changes. No aggressive MR characteristics.

Electronically Signed By: Ian G. Karol, M.D. on 8/3/2020 12:34 PM

August 9, 2020

To whom it may concern:

Please note that by no means did I ever intend to find myself in this unfortunate situation of litigation,
but for reasons totally out of my control, I am here presenting to you as a layman because I was misinformed of the Statute of Limitation in Arizona; I was told it was 3 years,  when in fact it is 2 years.

On Saturday August 11, 2018 while visiting my daughter in Arizona, we decided to go to our favorite store – COSTCO WHOLESALE with two of our friends.  While pushing the shopping cart & walking in line to get checked out, so as to EXIT Costco, I suddenly slipped on water that had apparently been leaking  from Costco's Ice Cooler which was and still is located on the left side of the walking area - causing my feet to slip, my  Left Shin to slam into the shopping cart so hard as to cause an excruciating instantaneous swollen contusion to the bone, my Right leg to externally rotate and jam into the floor as my back arched backwards, my pelvis shifted anteriorly and laterally sending the kinetic force of my full body weight from my right hip/pelvic girdle through my femur to my knee to my ankle; thereby causing my injuries as outlined in this complaint.

As a Sole proprietor practicing Chiropractic in the State of Connecticut for the last almost 35 years, I am very familiar with the framework of the human body, as well as its function and means to repair itself. The human body is miraculous in its ability to heal, yet sometimes efforts are met with limitations and intervention must be taken, so as to be made whole.  Such has been with this unfortunate intrusion of Costco's negligence of premises, into my life.

For starters, this incident occurred out of my home state while I was on a much needed vacation, which was totally interrupted. Monday morning following the incident, I woke not only with the obvious symptomatologies, as listed above, but also with sudden pain in my lower right tooth. Again, I'm out of my home state, I was going to be leaving Thursday, so I'd stick it out.  I returned to JFK  Friday morning and went straight to the Dentist only to learn that the tooth had fractured straight through the roots – most likely from the sudden clenching of my jaw as I was slipping and would therefore need to be extracted, which unfortunately they could not do at that time, so I had to wait until Monday. Now couple that with returning to my practice and having to care for and adjust my patients, care for my elderly mom and everything else that falls on the shoulders of a single parent, you become last on the list, but eventually you get there and get  treated  for said injuries. Three weeks into care, my house was flooded out and damaged

from my towns Storm Drainage Easement on my property, totally devaluing my property. They have accepted zero liability, which has forced me into litigation. Their hopes to wear me down, so I go away. Try going up against a corrupt municipality......it is exhausting to say the least, but persevere I will. Two life changing, time consuming events that have consumed my life for the last two years. Throw in another ragged piece to this equation for the last 7 months, as I am on the East coast - the life changing effects of Covid-19 ....and my being considered an "Essential Provider" in the State of Connecticut, quite honestly, I don't know how I keep going, especially with the sleepless nights due to the injuries and pain sustained from the incident of August 11, 2018 , but somehow I do.

I reached out to Costco Wholesale's Insurance Carrier and was informed of the Statute of Limitation for this case and unfortunately was shifted from one adjuster to another with the hopes of getting this resolved, yet we were never able to do such because of yet another unfortunate, out of my control event ....that of Tropical Storm Isaias which set the State of Connecticut into a State of Emergency, it is a FEMA situation of no power, no phone , nothing ....timing couldn't be worse. My Doctor is away on vacation until this up coming week, yet even if he were here, they are shutdown without power from Tropical Storm Isaias; it's just awful. I traveled for hours to get service to try to get assistance from the Arizona Superior Court and reached out to Arizona Attorneys to see if someone would help me to file this case before the Statute of Limitation of August 11, 2020 but was met with resistance mainly because it appears that due to the fact that I didn't have surgery which would escalate my bills exponential, they didn't feel it worth their while,. How sad and unethical a society we have become.

"MY LIFE MATTERS" and fight for " WHAT IS RIGHT, I WILL" ......hence my attempt to wear yet another hat in my 60 year old life ...that of a layman Attorney! I am, therefore filing this lawsuit with the help of FEDEX and my daughter delivering these documents to the Clerk of Superior Court.

Please pardon any layman errors, as I have tirelessly muddled through this entire process, with the hopes of doing this right.

Thanking you in advance for your kind and just consideration.

Sincerely yours,

Robin Hohorst, DC.

PS: As if the above wasn't enough, today during my trip to Costco Wholesale in Connecticut while in the produce cooler section, I slipped yet again from water dripping from the ceiling that was puddling on the floor, thereby exacerbating my whole situation.
This is definitely a REPEAT OFFENDER OF COSTCO'S.

# EXHIBIT B

Gary Williams
Professional Judgment Enforcement L.L.C.
P.O. Box 6603   Glendale, Az. 85312
Registration # MC - 8748
Office: 623-979-5058  Cell: 602-430-9522

CLERK OF THE SUPERIOR COURT
FILED
AUG 17 2020
C. O'Neill, Deputy

# MARICOPA COUNTY SUPERIOR COURT
## STATE OF ARIZONA

Plaintiff/Petitioner
**ROBIN HOHORST**

Defendant/Respondent
**COSTCO WHOLESALE**

**Case Number: CV2020-009471**

**CERTIFICATE OF SERVICE**

I am a certified process server in Maricopa County, Phoenix, Arizona. I am over the age

of 18 and I am not a party to this action. On August 13, 2020 at 10:00 a.m. I served

Scott Whaley the clerk for statutory agent for Costco Wholesale CT Corporation System

at 3800 N. Central #460 the following papers;

1. Summons
2. Civil Complaint
3. Plaintiffs Demand for Jury Trial
4. Civil Cover Sheet
5. Letter from Gallagher Bassett
6. Plaintiffs own Letter
7. MRI Report

I declare under penalty of perjury that the foregoing is true and correct.

_____Date: August 13, 2020
Gary Williams # MC - 8748.

**EXHIBIT C**

COPY

AUG 10 2020

CLERK OF THE SUPERIOR COURT
V. GARCIA
DEPUTY CLERK
For Clerk's Use Only

Person Filing: Robin Hohorst
Address (if not protected): 60 Ferndale Drive
City, State, Zip Code: Easton, CT 06612
Telephone: (203)372-8262, (203)258-2495
Email Address: Rlhdc@aol.com
Lawyer's Bar Number:

Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Robin Hohorst
Name of Plaintiff

Case No.: **CV2020-009471**

And

Costco Wholesale
Name of Defendant

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully.**
> **If you do not understand it, contact a lawyer for help.**

## FROM THE STATE OF ARIZONA TO: Costco Wholesale
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - **601 West Jackson, Phoenix, Arizona 85003**
   - **18380 North 40th Street, Phoenix, Arizona 85032**
   - **222 East Javelina Avenue, Mesa, Arizona 85210**
   - **14264 West Tierra Buena Lane, Surprise, Arizona 85374.**

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

_____

**CLERK OF SUPERIOR COURT**

COPY

AUG 1 0 2020

CLERK OF THE SUPERIOR COURT
V. GARCIA
DEPUTY CLERK

By_____

**Deputy Clerk**

# EXHIBIT D

In the Superior Court of the State of Arizona

In and For the County of __Maricopa__

Case Number __CV2020-009471__

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Is Interpreter Needed? ☐ Yes  ☒ No

If yes, what language(s): _____

_____

_____

CLERK OF THE SUPERIOR COURT
FILED
V. GARCIA, DEP
2020 AUG 10  PH 1: 20

---

Plaintiff's Name(s): (List all)      Plaintiff's Address:           Phone #:          Email Address:

Robin L. Hohorst      60 Ferndale Drive  Easton CT 06612.  (203)372-8262.  (203)258-2495.  RLHDC@aol.com

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

Costco Wholesale

19001 N. 27th Ave

Phoenix, AZ. 85027

(List additional Defendants on page two and/or attach a separate sheet)

---

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected. State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.**

☐ Amount Claimed $_____      ☐ Tier 1      ☒ Tier 2      ☐ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

## 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*

☐ 103 Wrongful Death*

## 110 TORT NON-MOTOR VEHICLE:

☒ 111 Negligence*

☐ 112 Product Liability – Asbestos*

☐ 112 Product Liability – Tobacco*

☐ 112 Product Liability – Toxic/Other*

☐ 113 Intentional Tort*

☐ 114 Property Damage*

☐ 115 Legal Malpractice*

☐ 115 Malpractice – Other professional*

☐ 117 Premises Liability*

☐ 118 Slander/Libel/Defamation*

☐ 116 Other (Specify) _____ *

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*          ☐ 123 Hospital*

☐ 122 Physician D.O*          ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)*

☐ 132 Promissory Note*

☐ 133 Foreclosure*

☐ 138 Buyer-Plaintiff*

☐ 139 Fraud*

☐ 134 Other Contract (i.e. Breach of Contract)*

☐ 135 Excess Proceeds-Sale*

☐ Construction Defects (Residential/Commercial)*

  ☐ 136 Six to Nineteen Structures*

  ☐ 137 Twenty or More Structures*

☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*

☐ 151 Eviction Actions (Forcible and Special Detainers)*

☐ 152 Change of Name

☐ 153 Transcript of Judgment

☐ 154 Foreign Judgment

☐ 158 Quiet Title*

☐ 160 Forfeiture*

☐ 175 Election Challenge

☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)

☐ 180 Injunction against Workplace Harassment

☐ 181 Injunction against Harassment

☐ 182 Civil Penalty

☐ 186 Water Rights (Not General Stream Adjudication)*

☐ 187 Real Property*

☐ Special Action against Lower Courts
   (See Lower Court Appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge
   (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)

☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment

☐ 157 Habeas Corpus

☐ 184 Landlord Tenant Dispute – Other*

☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)

☐ 191 Declaration of Factual Improper Party Status

☐ 193 Vulnerable Adult (A.R.S. §46-451)*

☐ 165 Tribal Judgment

☐ 167 Structured Settlement (A.R.S. §12-2901)

☐ 169 Attorney Conservatorships (State Bar)

☐ 170 Unauthorized Practice of Law (State Bar)

☐ 171 Out-of-State Deposition for Foreign Jurisdiction

☐ 172 Secure Attendance of Prisoner

☐ 173 Assurance of Discontinuance

☐ 174 In-State Deposition for Foreign Jurisdiction

☐ 176 Eminent Domain– Light Rail Only*

☐ 177 Interpleader– Automobile Only*

☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)

☐ 183 Employment Dispute- Discrimination*

☐ 185 Employment Dispute-Other*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License

☐ 195(b) Amendment of Birth Certificate

☐ 163 Other*

_____
(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order          ☐ Provisional Remedy          ☐ OSC          ☐ Election Challenge

☐ Employer Sanction          ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

**EXHIBIT E**

Gary Williams
Professional Judgment Enforcement L.L.C.
P.O. Box 6603   Glendale, Az. 85312
Registration # MC - 8748
Office: 623-979-5058  Cell: 602-430-9522

CLERK OF THE SUPERIOR COURT
FILED
AUG 17 2020
C. O'Neill, Deputy

# MARICOPA COUNTY SUPERIOR COURT
## STATE OF ARIZONA

Plaintiff/Petitioner
**ROBIN HOHORST**

**Case Number: CV2020-009471**

**CERTIFICATE OF SERVICE**

Defendant/Respondent
**COSTCO WHOLESALE**

I am a certified process server in Maricopa County, Phoenix, Arizona. I am over the age

of 18 and I am not a party to this action. On August 13, 2020 at 10:00 a.m. I served

Scott Whaley the clerk for statutory agent for Costco Wholesale CT Corporation System

at 3800 N. Central #460 the following papers;

1. Summons
2. Civil Complaint
3. Plaintiffs Demand for Jury Trial
4. Civil Cover Sheet
5. Letter from Gallagher Bassett
6. Plaintiffs own Letter
7. MRI Report

I declare under penalty of perjury that the foregoing is true and correct.

_____ Date: August 13, 2020
Gary Williams # MC - 8748

**EXHIBIT F**

**Person Filing:** Robin Hohorst

**Address (if not protected):** 60 Ferndale Drive

**City, State, Zip Code:** Easton, CT 06612

**Telephone:** (203)372-8262. (203)258-2495

**Email Address:** Rlhdc@aol.com

**Lawyer's Bar Number:** _____

**Representing** ☐ **Self, without a Lawyer   or** ☐ **Attorney for** ☐ **Plaintiff    OR** ☐ **Defendant**

COPY

AUG 1 0 2020

CLERK OF THE SUPERIOR COURT
V. GARCIA
DEPUTY CLERK

COURT SEAL

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Robin Hohorst
_____
Name of Plaintiff

**Case Number:** CV2020-009471

**Title:** **PLAINTIFF'S DEMAND for JURY TRIAL**

Costco Wholesale
_____
Name of Defendant

Plaintiff, Robin Hohorst _____, demands a trial by jury in this case. If this

       *(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this ___8|8|2020___
    *(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC11f 050718

**EXHIBIT G**

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
9/1/2020 3:32:35 PM
Filing ID 11962754

**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Cassandra V. Meyer, SBN 021124
cmeyer@cavanaghlaw.com
Tyler B. Sankey, SBN 034753
tsankey@cavanaghlaw.com
*Attorneys for Defendant Costco Wholesale Corporation*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ROBIN HOHORST,<br><br>       Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE,<br><br>       Defendant. | NO. CV2020-009471<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant Costco Wholesale Corporation ("Defendant"), by and through undersigned counsel, for its Answer to Plaintiff's Complaint states as follows:

1. Answering paragraph 1 of Plaintiff's Complaint, Defendant admits only that the Court has jurisdiction over the subject matter and the parties to the litigation. Defendant denies that Plaintiff is entitled to the relief she seeks. Further, Defendant admits only that it is a Washington corporation doing business in Maricopa County, state of Arizona.

2. Answering paragraph 2 of Plaintiff's Complaint, Defendant does not dispute Plaintiff's Tier 2 designation.  Defendant demands strict proof of Plaintiff's claimed damages.

3. Defendant admits paragraph 3 of Plaintiff's Complaint, upon information and belief.

9312123_1

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

4.     Answering paragraph 4 of Plaintiff's Complaint, Defendant does not dispute that it is the defendant in the case.

5.     Defendant is without sufficient information and knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 5 of Plaintiff's Complaint and therefore denies the same.

6.     Defendant is without sufficient information and knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 6 of Plaintiff's Complaint and therefore denies the same.

7.     Defendant is without sufficient information and knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 7 of Plaintiff's Complaint and therefore denies the same.

8.     Defendant is without sufficient information and knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 8 of Plaintiff's Complaint and therefore denies the same.

9.     Defendant is without sufficient information and knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 9 of Plaintiff's Complaint and therefore denies the same.

10.     Defendant is without sufficient information and knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 10 of Plaintiff's Complaint and therefore denies the same.

11.     The allegations contained in the "Applicable Law Supporting Claims" section on page 3 of Plaintiff's Complaint are not a complete nor accurate statement of the duty owed or the law so Defendant denies the allegations.

12.     Responding to the "Injuries" section on pages 3 through 4 of Plaintiff's Complaint, Defendant denies the allegations contained therein and further denies that Plaintiff is entitled to the relief sought. Defendant demands strict proof of Plaintiff's

claimed damages.

13.     Defendant denies Plaintiff's prayer for relief contained in the "Demand for Relief" section on page 4 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1.      Defendant denies each and every allegation in Plaintiff's Complaint not expressly admitted herein.

2.      Plaintiff's injuries, if any, were the result of Plaintiff's sole and separate negligence, or of her contributory or comparative negligence, or of her assumption of the risk, and Plaintiff's claims are barred thereby, in whole or in part.

3.      Plaintiff's Complaint fails to state a claim upon which relief can be granted against this Defendant and must, therefore, be dismissed.

4.      Defendant alleges, upon information and belief, that Plaintiff's injuries were the result of the conduct of third parties over whom this Defendant had no control.

5.      Defendant alleges, upon information and belief, that other non-party and/or non-parties may be at fault for all or part of Plaintiff's alleged damages, if any.

6.      Defendant alleges, upon information and belief, that the damages, if any, sustained by Plaintiff were a direct result of an independent, intervening and/or superseding act by some other person and/or company and/or corporation not under the control of this Defendant.

7.      Defendant alleges, upon information and belief, that the alleged condition, if any, was open and obvious and that Plaintiff had a duty to avoid such condition.

8.      To avoid a waiver and pending further discovery, Defendant alleges insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, the doctrine of avoidable consequences, waiver, estoppel, and laches.

Defendant reserves the right to raise additional affirmative defenses in this matter should any such affirmative defenses become known during the pendency of this matter.

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

WHEREFORE, having fully responded to the allegations of Plaintiff's Complaint, Defendant requests that the same be dismissed, that Plaintiff take nothing thereby, and that Defendant be discharged with its costs herein incurred and expended, as allowed by law.

DATED this 1st day of September, 2020.

THE CAVANAGH LAW FIRM, P.A.

By: /s/ Cassandra V. Meyer
Cassandra V. Meyer
Tyler B. Sankey
Attorneys for Costco Wholesale Corporation

**Electronically filed** this 1st day of September, 2020, with:

The Clerk of the Court
Maricopa County Superior Court

and a COPY **mailed/e-mailed** this date to:

Robin Hohorst
60 Ferndale Drive
Easton, CT 06612
rlhdc@aol.com
Plaintiff Pro Per

By: /s/ Darlene Dahl

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

**EXHIBIT H**

Clerk of the Superior Court
*** Electronically Filed ***
M. Bouise, Deputy
9/1/2020 3:40:07 PM
Filing ID 11962814

**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Cassandra V. Meyer, SBN 021124
cmeyer@cavanaghlaw.com
Tyler B. Sankey, SBN 034753
tsankey@cavanaghlaw.com
*Attorneys for Defendant Costco Wholesale Corporation*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ROBIN HOHORST, | NO. CV2020-009471 |
| Plaintiff, | **CERTIFICATE RE: COMPULSORY ARBITRATION** |
| v. | |
| COSTCO WHOLESALE, | |
| Defendant. | |

Pursuant to Ariz. R. Civ. P. 72, Defendant, by and through undersigned counsel, hereby states that the largest award sought by Plaintiff, including punitive damages, but excluding interest, attorneys' fees and costs, **DOES** exceed the limit set by local rules for a compulsory arbitration, upon information and belief. This case **IS NOT** subject to the Uniform Rules of Procedure for arbitration, upon information and belief.

DATED this 1st day of September, 2020.

THE CAVANAGH LAW FIRM, P.A.

By: */s/ Cassandra V. Meyer*
    Cassandra V. Meyer
    Tyler B. Sankey
    *Attorneys for Defendant Costco Wholesale Corporation*

1

***Electronically filed*** this 1st day of
September, 2020, with:

2

3

The Clerk of the Court
Maricopa County Superior Court

4

and a COPY ***mailed/e-mailed*** this date to:

5

Robin Hohorst
60 Ferndale Drive
Easton, CT 06612
rlhdc@aol.com
*Plaintiff Pro Per*

6

7

8

By:  */s/ Darlene Dahl*　　　　　

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

# EXHIBIT I

Clerk of the Superior Court
*** Electronically Filed ***
M. Cain, Deputy
9/1/2020 3:43:56 PM
Filing ID 11962893

**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Cassandra V. Meyer, SBN 021124
cmeyer@cavanaghlaw.com
Tyler B. Sankey, SBN 034753
tsankey@cavanaghlaw.com
*Attorneys for Defendant Costco Wholesale Corporation*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ROBIN HOHORST, | NO. CV2020-009471 |
| Plaintiff, | |
| v. | **DEMAND FOR JURY TRIAL** |
| COSTCO WHOLESALE, | |
| Defendant. | |

Defendant Costco Wholesale Corporation hereby requests a trial by jury of all the facts and issues in the above-captioned cause of action.

DATED this 1st day of September, 2020.

THE CAVANAGH LAW FIRM, P.A.

By: */s/ Cassandra V. Meyer*
Cassandra V. Meyer
Tyler B. Sankey
Attorneys for Defendant Costco Wholesale
Corporation

9313066_1

1

*Electronically filed* this 1st day of
September, 2020, with:

2

3

The Clerk of the Court
Maricopa County Superior Court

4

and a COPY *mailed/e-mailed* this date to:

5

Robin Hohorst
60 Ferndale Drive
Easton, CT 06612
rlhdc@aol.com
*Plaintiff Pro Per*

6

7

8

By:  */s/ Darlene Dahl* _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

9313066_1